IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY K. WELSH,**<br>              **Plaintiff,**<br><br>          v.<br><br>**CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,**<br>              **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 14-1731** |

# O R D E R

**AND NOW**, this 28th day of July, 2015, upon consideration of the Request for Review filed by plaintiff, Gregory K. Welsh, the record in this case, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated May 8, 2015, and Plaintiff's Objections to the Report and Recommendation of The Honorable Magistrate Judge, **IT IS ORDERED** as follows:

   1.   The Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated May 8, 2015, is **APPROVED** and **ADOPTED**;

   2.   Plaintiff's Objections to the Report and Recommendation of The Honorable Magistrate Judge are **OVERRULED** for the reasons set forth in the Report and Recommendation;

   3.   Plaintiff's Request for Review is **DENIED**;

   4.   Judgment is **ENTERED IN FAVOR** of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration, and **AGAINST** plaintiff, Gregory K. Welsh.

                                                                        **BY THE COURT:**

                                                                        /s/ Hon. Jan E. DuBois
                                                                        _____
                                                                              **DuBOIS, JAN E., J.**